Shaun Setareh (SBN 204514)
shaun@setarehlaw.com, calendar@setarehlaw.com
Thomas Segal (SBN 222791)
thomas@setarehlaw.com
Dante Balducci
dante@setarehlaw.com
**SETAREH LAW GROUP**
420 N. Camden Drive, Suite 100
Beverly Hills, California 90210
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
JENNIFER MERRELL

SEYFARTH SHAW LLP
Lilah Wylde (SBN 273035)
lwylde@seyfarth.com
Kyle O'Malley (SBN 330184)
komalley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823

SEYFARTH SHAW LLP
Andrew Paley (SBN 149699)
apaley@seyfarth.com
2029 Century Park E., Suite 3500
Los Angeles, CA 90067
Telephone: (310) 277-7200

Attorneys for Defendants
UNITED HEALTHCARE SERVICES, INC.
and YVETTE SCHNEIDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MERRELL, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC., a Minnesota Stock Corporation; YVETTE SCHNEIDER, an individual; and DOES 1 through 50, inclusive<br><br>*Defendants.* | Case No. 2:26-cv-03337-ICD<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT YVETTE SCHNEIDER WITH PREJUDICE AND WAIVER OF COSTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); ORDER** |

TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Plaintiff JENNIFER MERRELL ("Plaintiff") and Defendant YVETTE SCHNEIDER ("Schneider") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. On July 27, 2026, Plaintiff filed her Complaint in the Superior Court of California, County of Shasta, Case No. 26CV-0211311, naming United HealthCare Services, Inc. ("UHS") and Schneider as defendants.

2. On October 8, 2026, Defendants removed the action to this Court.

3. UHS was personally served with the Summons and Complaint on August 25, 2026. Schneider was served with the Summons and Complaint on September 21, 2026.

4. Plaintiff has agreed to dismiss Schneider from this action with prejudice in exchange for Schneider's waiver of costs, as set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their counsel of record, as follows:

5. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims alleged in this action are dismissed only as against Schneider, with prejudice.

6. Waiver of Costs. Schneider hereby waives any and all costs she has incurred or may incur in this action, whether before or after removal, and waives any right to recover such costs from Plaintiff, including any costs she may claim as a prevailing party under Federal Rule of Civil Procedure 54(d)(1), 28 U.S.C. § 1920, or California Code of Civil Procedure sections 1032 and 1033.5. Schneider shall not file a bill of costs or otherwise seek an award of costs against Plaintiff in this action.

7. Plaintiff and Schneider shall each bear their own costs and fees.

9. This Stipulation applies only to Schneider. It does not dismiss, release, waive, or otherwise affect any claim Plaintiff has against UHS or any other defendant, or any defense or claim UHS may have.

9. This Stipulation may be executed in counterparts, and signatures transmitted electronically or by PDF shall have the same force and effect as original signatures.

IT IS SO STIPULATED.

Dated: October 30, 2026

**SETAREH LAW GROUP**

By: ____*/s/ Dante Balducci*____________________

Shaun Setareh
Thomas Segal
Dante Balducci
Attorneys for Plaintiff,
JENNIFER MERRELL

Dated: October 30, 2026

**SEYFARTH SHAW LLP**

By: _/s/ *Kyle O'Malley*______________________

Andrew Paley
Lilah Wylde
Kyle O'Malley
Attorneys for Defendants,
UNITED HEALTHCARE SERVICES, INC.
and YVETTE SCHNEIDER

**Attestation:** The filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

**FOR GOOD CAUSE SHOWN:**

Having reviewed the Parties' Joint Stipulation for Dismissal of Defendant YVETTE SCHNEIDER With Prejudice and Waiver of Costs Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby ORDERS as follows:

1. Plaintiff's claims are dismissed with prejudice as alleged against Defendant YVETTE SCHNEIDER.

2. Defendant YVETTE SCHNEIDER has waived all costs incurred in this action and shall not recover costs from Plaintiff.

3. Plaintiff and Defendant YVETTE SCHNEIDER shall each bear their own costs and fees.

4. This Order does not affect Plaintiff's claims against Defendant UNITED HEALTHCARE SERVICES, INC.

**IT IS SO ORDERED.**

Dated: October 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE